DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MARQUARDT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3287

[February 20, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 2009CF005155AMB.

Michael Marquardt, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***